

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Vicsandra Jones and Darren Jones, individually and as next friends of
John Doe, a minor v. Josi Calderon Shipley

Appellate case number:   01-16-00046-CV

Trial court case number: 2015-56901

Trial court:             61st District Court of Harris County

It is ordered that Appellants' Motion for En Banc Reconsideration is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                    Acting for the En Banc Court*

Date: January 31, 2017

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.